UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DATASPAN HOLDINGS INC,

Plaintiff,

v.

MARIAN CHOQUER, et al.,

Defendant.

CASE NO. 25-cv-02607-JHC

ORDER

Before the Court is Defendant Marian Choquer's Application for Court-Appointed Counsel in Title VII Action. Dkt. # 43. For the reasons below, the Court DENIES the motion.

Preliminarily, the Court notes that Choquer used an application for a Title VII *plaintiff*. While the application apparently refers to administrative proceedings that may relate to Title VII, this matter does not appear to concern Title VII and Choquer is a *defendant*.

Next, deciding whether to appoint counsel falls within "the sound discretion of the trial court and is granted only in exceptional circumstances." *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the party to articulate their claims pro se given the complexity of the legal issues involved. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). Choquer does purport to meet this standard.

ORDER - 1

Thus, the Court DENIES the motion.

Dated this 3rd day of June, 2026.

John H. Chun
United States District Judge

ORDER - 2