UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DATASPAN HOLDINGS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>MARIAN CHOQUER; MODULAR INTERIORS BY COOK'S INC.; COOK'S CONSTRUCTION & CONSULTING INC.; KEVIN BECK; and R2MC INC.,<br><br>        Defendants. | NO. 2:25-cv-02607-JHC<br><br>STIPULATON AND ORDER REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS<br><br>**NOTE ON MOTION CALENDAR:**<br>**June 3, 2026** |

Counsel of record for Plaintiff and Defendants Modular Interiors by Cook's Inc., Cook's Construction & Consulting, Inc. (collectively, "Cook's"), Kevin Beck and R2MC Inc. (collectively, "Defendants") submit the following Stipulation:

1.      Defendants Cook's filed a Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 38) on May 26, 2026. (Doc. 48.) Plaintiff's current deadline to respond to Cook's Motion to Dismiss is June 16, 2026.

2.      The current deadline for Defendants Kevin Beck and R2MC to file a responsive pleading is June 5, 2026.

3.      The parties now jointly stipulate and seek the Court's consent to amend the current schedule as follows:

        a.   Defendants Kevin Beck and R2MC shall file their Motion to Dismiss
             Plaintiff's Second Amended Complaint by June 19, 2026.

b.  Plaintiff shall have until July 17, 2026, to respond to Defendants Cook's and Kevin Beck's and R2MC's motions to dismiss Plaintiff's Second Amended Complaint.

c.  Defendants Cook's, Kevin Beck, and R2MC shall have until July 31, 2026, to file replies in support of their motions to dismiss Plaintiff's Second Amended Complaint.

DATED this 3rd day of June, 2026.

| OGLETREE DEAKINS NASH SMOAK & STEWART PC | BAILEY & GLASSER LLP |
|---|---|
| By: _s/ Justin A. Allen, with email auth_<br>Adam G. Cuff, WSBA #26439<br>Justin A. Allen, *admitted pro hac vice*<br>Email:  adam.cuff@ogletree.com<br>          justin.allen@ogletree.com | By: _s/ Benjamin A. Schwartzman, with email auth_<br>Benjamin A. Schwartzman, WSBA #26560<br>Email: bschwartzman@baileyglasser.com |
| *Attorneys for Plaintiff* | *Attorney for Defs Modular Interiors By Cook's Inc. and Cook's Construction & Consulting, Inc.* |

CARNEY BADLEY SPELLMAN PS

By: _s/ Mark Rosencrantz_
    Mark Rosencrantz, WSBA #26552
    Email:  rosencrantz@carneylaw.com

and

HANSEN REYNOLDS

By: _s/ John P. Shanahan_
    John P. Shanahan, *admitted pro hac vice*
    Email: jshanahan@hansenreynolds.com

*Attorneys for Defs Kevin Beck and R2MC Inc.*

. . .
. . .

## ORDER

THIS MATTER having come upon stipulation of the parties, now, therefore,

IT IS HEREBY ORDERED that the schedule for motions to dismiss to Plaintiff's

Second Amended Complaint (Doc. 38) is as follows:

| Case Events | Due Date |
| --- | --- |
| Kevin Beck's and R2MC Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint | June 19, 2026 |
| Plaintiff's Response to Defendants' Motions to Dismiss Second Amended Complaint | July 17, 2026 |
| Defendants' Replies in Support of Motions to Dismiss Second Amended Complaint | July 31, 2026 |

The Court DIRECTS the Clerk to re-note the motion to dismiss at Dkt. # 48 for July 31, 2026.

DATED this 4th day of June, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE